1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  ROBIN L. HARRIS (CABN 123364)
   Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-7016
7        FAX: (415) 436-7234
         Robin.Harris2@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,            )  CASE NO. CR 13-0666 EMC
14                                      )
          Plaintiff,                    )  STIPULATION AND ORDER [PR~~OP~~OSED]
15                                      )
      v.                                )
16                                      )
   NIMER ANTON MASSIS,                  )
17                                      )
          Defendant.                    )
18                                      )

19     Plaintiff, the United States of America, and defendant, Nimer Anton Massis, hereby stipulate that

20  the sentencing currently scheduled for July 23, 2014 shall be continued to August 5, 2014 at 3:00.  The

21  reason for the requested continuance is the parties need additional time to review the final Pre-Sentence

22  Report and prepare sentencing memoranda.

23

24  DATED: July 14, 2014                           Respectfully submitted,

25                                                 MELINDA HAAG
                                                   United States Attorney
26

27                                                        /s/
                                                   ROBIN L. HARRIS
28                                                 Assistant United States Attorney

   STIP AND ORDER
   CR 13-0666 EMC

                                                /s/
                                          DORON WEINBERG
                                          Attorney for Defendant

## ORDER

The parties having so stipulated and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing scheduled for July 23, 2014 is continued to August 5, 2014 at 3:00 p.m

IT IS SO ORDERED.



_____
EDWARD M. CHEN
United States District Court Judge

STIP AND ORDER
CR 13-0666 EMC                                                                    2